IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-067 |
| | ) | |
| ALAJUWON RASHAD CHANCE | ) | |

**O R D E R**

At the December 7, 2018 hearing, the Court **GRANTED** Defendant's Motion to Reset Bond, (doc. no. 72), and released Defendant on the same conditions of release the Court originally set in its December 4, 2017 Order, (doc. no. 22).

SO ORDERED this 11th day of December, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA