IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 117-067 |
| | * | |
| ALAJUWON RASHAD CHANCE | * | |

O R D E R

Before the Court is a motion for return of bond filed by Timothy Leonard Ellison. On December 4, 2017, Defendant Alajuwon Rashad Chance appeared before the United States Magistrate Judge, who granted Chance a $15,000 bond secured by $1000 cash. Ellison, who is Chance's co-defendant in this criminal case, posted bond in the amount of $1000 on behalf of Chance. (Docs. 28 & 29.)

As a co-defendant in the case, Ellison was sentenced upon his guilty plea to serve 10 months imprisonment followed by three years of supervised release.[1] The Court also imposed a special assessment of $100, which was due and payable immediately upon sentencing. To date, Ellison has only paid $25.

Upon the foregoing, Ellison's motion for return of bond (doc. 81) is **GRANTED IN PART**. Pursuant to the authority of 18 U.S.C. § 3613, the Court hereby **ORDERS** that the Clerk of Court apply $75 of the $1000 bond money in payment of the balance of Ellison's financial obligation. Thereafter, the Clerk shall return the

---

[1] Ellison was recently released from custody.

balance of the bond money in the Registry of the Court, including any accrued interest thereon, to Timothy Ellison at 140 Ellison Bridge Road, Sardis, Georgia 30456.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of June, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA